IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:21-CR-314 |
| | § | Judge Jordan/KPJ |
| HENRY RENE CAZARES, JR. | § | |

## INDICTMENT

The United States Grand Jury Charges:

**FILED**

NOV 1 0 2021

Clerk, U.S. District Court
Texas Eastern

### COUNT ONE

Violation: 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about May 4, 2021, in the Eastern District of Texas and elsewhere, defendant HENRY RENE CAZARES, JR., knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, to-wit: a Zastava/CAI, model M70, 7.62x39 caliber rifle, S/N: ZAPAP001315 and a Ruger, Model AR-556, 5.56 caliber rifle, S/N: 856-98501.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWO

Violation: 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about April 26, 2021, in the Eastern District of Texas and elsewhere, defendant HENRY RENE CAZARES, JR., knowing he had previously been convicted of

a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, to-wit: a FNH, model Five-seven, 5.7x28 caliber pistol, S/N: 386401897; a Mossberg, model 590 Shockwave, 12-gauge caliber, type: other, S/N: V1322507; a Glock, model 19X, 9mm pistol, S/N: AFLV358; and a Mossberg, model 590 Shockwave, 20-gauge caliber, type: other, S/N: V1326207.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d)

As a result of committing the felony offenses alleged in this Indictment, defendant, HENRY RENE CAZARES, JR., shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) all firearms and ammunition involved in the offense.

A TRUE BILL

_____
FOREPERSON

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

_____
MATTHEW T. JOHNSON
Assistant United States Attorney

Date: ___11/10/2021___

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:21-CR- |
| | § | Judge |
| HENRY RENE CAZARES, JR. | § | |

## NOTICE OF PENALTY

### Counts One and Two

Violation:        18 U.S.C. § 922(g)(1)

Penalty:          Imprisonment of not more than ten years, a fine not to exceed
$250,000, or both; a term of supervised release of not more
than three years.

If it is shown the defendant has three previous convictions by
any court for a violent felony or a serious drug offense, or
both, committed on occasions different from one another -
Imprisonment of 15 years to life, a fine not to exceed
$250,000.00, or both; a term of supervised release of at least
3 years but not more than 5 years.

Special Assessment: $ 100.00